UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80490-AMC

HOWARD COHAN,

    Plaintiff,

vs.

OLIVE U MEDITERRANEAN GRILL UPTOWN, LLC, a Florida Limited Liability Company; and OLIVE U MEDITERRANEAN GRILL PARK PLACE, LLC, a Florida Limited Liability Company,

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendants, OLIVE U MEDITERRANEAN GRILL UPTOWN, LLC, a Florida Limited Liability Company; and OLIVE U MEDITERRANEANGRILL PARK PLACE, LLC, a Florida Limited Liability Company.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Registered Agent via US Mail and Defendant's counsel, Corey S. Carano, Esq., via email at cory@caronolegal.com.

    OLIVE U MEDITERRANEAN GRILL UPTOWN, LLC
    c/o RUSH, BRYAN J
    2 S BISCAYNE BLVD STE 2600
    MIAMI, FL 33131

    OLIVE U MEDITERRANEAN GRILL PARK PLACE, LLC
    c/o RUSH, BRYAN J
    2 S BISCAYNE BLVD STE 2600
    MIAMI, FL 33131

    By: **/s/ Gregory S. Sconzo**
    Gregory S. Sconzo, Esq.
    Florida Bar No.: 0105553
    Sconzo Law Office, P.A.
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459
    Email: greg@sconzolawoffice.com
    Email: perri@sconzolawoffice.com