UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80490-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**OLIVE U MEDITERRANEAN GRILL**
and **OLIVE U MEDITERRANEAN GRILL
PARK PLACE, LLC,**

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on May 31, 2024 [ECF No. 10]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITH PREJUDICE** against all Defendants, effective May 31, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 10].

    The Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of June 2024.

                                                         **AILEEN M. CANNON**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record